**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 26-CV-10948-JEK |
| ALEXANDRIA WILLIAMS, M.D., | ) |
| *Defendant*. | ) |

## ORDER

The United States having filed a Notice of Dismissal and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms and conditions of the May 18, 2026 Settlement Agreement ("Settlement Agreement") among the United States and the Defendant Alexandria Williams:

It is hereby **ORDERED** that this action shall be dismissed as follows:

(1)     Claims in this action against Alexandria Williams are dismissed with prejudice as to the United States; and

(2)     This Court retains jurisdiction over any dispute that may arise regarding compliance with the terms of the Settlement Agreement or to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

Dated:     May 19, 2026

_____

JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE